NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TREY RANDAL MIDDLETON,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2209

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-1028, Judge Grant Jaquith.

---

**ON MOTION**

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 17,

2                                    MIDDLETON v. MCDONOUGH

IT IS ORDERED THAT:

(1)  The appeal is dismissed, and each party shall bear its own costs.

(2)  The motion for an extension of time to file the reply brief, ECF No. 16, is denied as moot.

FOR THE COURT

January 24, 2024                             Jarrett B. Perlow
       Date                                   Clerk of Court

ISSUED AS A MANDATE: January 24, 2024